UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

                                                   Chapter 7

In re:

B.A.R. ENTERTAINMENT INC.             Case No. 05-22699 (RDD)


B.A.R. ENTERTAINMENT              Jointly Admin. 04-20352 (RDD)
MANAGEMENT, INC.

                         Debtor.
------------------------------------------------------------X


### NOTICE OF MOTION TO SUBSTANTIVELY CONSOLIDATE CASES

Pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure, notice is hereby given that the undersigned has filed a Motion for an Order that the above captioned cases be SUBSTANTIVELY CONSOLIDATED. This motion is based upon the fact that a unity of interest exists between and the financial affairs of the debtors are so substantially entangled that consolidation will benefit all creditors.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy. (If you do not have an attorney, you may wish to consult one.)**

Further take notice that if you object to SUBSTANTIVE CONSOLIDATION of these cases you must object in writing on before **April 24th, 2013 at 12:00p.m.**, by filing your written objection explaining your position with the Court at 300 Quarropas Street, White Plains, New York 10601 and serve a copy on the undersigned, the debtors, the trustee(s) and the United States trustee so that it is **received on or before that date**.

**SHOULD YOU FAIL TO SO OBJECT OR HAVING OBJECTED FAIL TO TIMELY REQUEST A HEARING, PLEASE BE ADVISED THAT THE COURT MAY ENTER AN ORDER THAT THE CASES BE SUBSTANTIVELY CONSOLIDATED WITHOUT FURTHER NOTICE TO YOU.**

If objections are filed, you must attend the hearing on the objection, schedule on **May 1st, 2013** at 10:00 a.m. at 300 Quarropas Street, White Plains, New York, 10601.

Dated: White Plains, New York
      April 3, 2013                             /s/ Jeffrey L. Sapir
                                          Jeffrey L. Sapir
                                          Chapter 7 Trustee
                                          399 Knollwood Road, #102
                                          White Plains, New York 10603

TO: B.A.R. Entertainment, Inc.
1 Parke Lane
Mt. Vernon, NY 10552-3449

Rattet Pasternak Bankruptcy Practice
Group
1 North Lexington Avenue
White Plains, NY 10601

N.Y. State Unemployment Insurance Fund
P.O. Box 551
Albany, NY 12201-0551

New York State Tax Commission
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2122

ADT Security Services, Inc.
P.O. Box 371967
Pittsburgh, Pennsylvania 15250-7967

IRS Special Procedure
PO Box 2899
Church Street Station
New York, NY 10008-9900

Eureka Network
39 Broadway, 19th Fl.
New York, NY 10006-3071

Eureka Network
P.O. Box 26562
New York, New York

Federal Express Company
P.O. Box 371461
Pittsburgh, Pennsylvania 15250-7461

NYS Department of Taxation and Finance WA
Harriman State Office Campus, Building 8
Albany, NY 12240-0001

Pitney Bowes
P.O. Box 856390
Louisville, Kentucky 40285-6390

Personalized Accounting, Total Services, Inc.
1501 Broadway, Suite 1503
New York, New York 10036-5505

Chase Business Credit Card
P.O. Box 15907
Wilmington, Delaware 19886-5907

Internal Revenue Service
290 Broadway, 5th Floor
New York, NY 10007
Attn: Lisa Wold, Insolvency Group 4

John Johnson
John Johnson & Associates
140 Broadway - 46th Floor
New York, NY 10005-1107

B.A.R. Entertainment Management Inc
138 Elm Avenue
Mount Vernon, NY 10550-1639

Patricia A. Smalls
1501 Broadway, Suite 1502
New York, NY 10036-5505

Colasanti & Iurato, LLP
399 Knollwood Road
White Plains, NY 10603

Wooten & Walker, P.C.
307 7th Avenue, Suite 504
New York, NY 10001-6078

Aetna
POB 77 W7445-120
Philadelphia, PA 19175-0001

Carter Ledyard & Milburn, LLP
2 Wall St
New York, NY 10005-2072

Cashzone Check Cashing Corp.
c/o Metropolitan National Bank
99 Park Avenue, 4th Fl.

Citibank USA N.A. d/b/a Staples
POB 9025
Des Moines, IA 50368-9025

New York, NY 10016-1501

Citicorp. Vendor Finance, Inc.
1800 Overcenter Drive
Moberly, MO 65270-9466

City of New York Dept. of Finance
345 Adams St., 10th Fl.
Brooklyn, NY 11201-3719

Copelco Capital, Inc.
One Internationa Blvd.
Mahwah, NJ 07495-0080

Federal Express Company
POB 371461
Pittsburgh, PA 15250-7461

Federal Express Corp.
Attn.: Revenue Recovery/Bankruptcy
2005 Corporate Avenue, 2nd Fl.
Memphis, TN 38132-1796

Ladas & Parry, LLP
West 61st ST.
New York, NY 10023

Marshal Martin A. Bienstock
36-35 Bell Blvd.
POB 610700
Bayside, NY 11361-0700

Northeast Verizon Wireless
AFNI / Verizon Wireless
404 Brock Dr.
Bloomingham, IL 61701-2654

NYS Dept. of Tax & Finance
POB 5300
Albany, NY 12205-0300

Ray D. Copeland
1 Park Lane, Apt. 3B
Mount Vernon, NY 10552-3463

Staples Credit Plan
Dept. 22-0000049208
POB 9020
Des Moines, IA 50368-9020

Time Warner Cable Services of NYC
POB 9229
Uniondale, NY 11565

Capital One FSB
POB 85184
Richmond, VA 23285-5184

Capital One FSB
POB 85167
Richmond, VA 23285-5167

Chase Bank USA, NA
PO BOX 15145
Wilmington, DE 19850-5145

Chase Business Credit Card
POB 15907
Wilmington, DE 19886-5907

Verizon Wireless
POB 17120
Tucson, AZ 85731-7120

JP Morgan Chase Bank
Legal Holds & Levies Dept.
1985 Marcus Ave.
New Hyde, NY 11042-1013

Arlene Gordon-Oliver, P.C.
199 Main Street, Suite 203
White Plains, NY 10601

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                        Chapter 7

In re:
B.A.R. ENTERTAINMENT INC.              Case No. 05-22699 (RDD)

B.A.R. ENTERTAINMENT                    Jointly Admin. 04-20352 (RDD)
MANAGEMENT, INC.
                        Debtor.
-----------------------------------------------------------X

### ORDER GRANTING SUBSTANTIVE CONSOLIDATION PURSUANT TO BANKRUPTCY RULE 1015

The trustee, having moved for an order to substantively consolidate 04-20352

B.A.R. Entertainment Management Inc. and 05-22699 B.A.R. Entertainment Inc., and

due and sufficient notice having been given to all parties in interest, and there being no

opposition to the requested relief, and after due deliberation, the Court having found that

said consolidation would be efficient in management of the estate, and good cause

appearing, it is

**ORDERED**, that the trustee's request is granted; and it is further

**ORDERED**, that the cases be substantively consolidated, such that the assets of

each will be aggregated into one, and the liabilities of each will be treated as liabilities of

both, and the cases will additionally be jointly administered and consolidated in all

regards and the case should be denoted under 04-20352.

Dated: White Plains, New York
          , 2013

_____
**Hon. Robert D. Drain**
**UNITED STATE BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

                                                 Chapter 7

In re:

B.A.R. ENTERTAINMENT INC.                  Case No. 05-22699 (RDD)

B.A.R. ENTERTAINMENT                    Jointly Admin. 04-20352 (RDD)
MANAGEMENT, INC.

                           Debtor.     **APPLICATION**

------------------------------------------------------------X

**TO THE HON. ROBERT D. DRAIN, BANKRUPTCY JUDGE:**

Jeffrey L. Sapir, the Chapter 7 Trustee, hereby respectfully represents the following:

1. Movant is the duly appointed, qualified and acting trustee of the estate in the bankruptcy proceeding of the above named debtors.

2. B.A.R. Entertainment Management Inc. filed a voluntary petition under Chapter 7 on June 25, 2004. Thereafter, said case was converted to one under Chapter 11.

3. B.A.R. Entertainment Inc. filed a voluntary petition under Chapter 11 on April 18, 2005.

4. By order dated April 22, 2005 both cases were administered jointly.

5. On or about July 26, 2007, both cases were converted to a Chapter 7 case.

6. After speaking to the accountant retained in the Chapter 11 proceeding, the trustee ascertained that the financial affairs of the debtors were intertwined so that it would be best if the estates were substantively consolidated.

7. There appears to be no prejudice to the priority and unsecured creditors herein. Based upon the claims and allowed Chapter 11 administration expenses, there will be no dividend to either priority or unsecured creditors.

8. Based upon the funds on hand, the only payment to be made upon distribution will be to the Chapter 7 administration applicants and the Chapter 11 administration claimants whose fees and expenses have been previously allowed by court order.

9. Based upon the funds on hand, the Chapter 11 administration claimants will not receive a full payment on their claims.

**WHEREFORE**, movant requests suitable notice to be given to all parties in interest of both estates, that an evidentiary hearing be held at which movant may be permitted to demonstrate the verity of the above, and an order of substantive consolidation might be entered.

Dated: White Plains, New York
      April 3, 2013                                              /s/ Jeffrey L. Sapir
                                                                  Jeffrey L. Sapir

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

                                                Chapter 7

In re:

B.A.R. ENTERTAINMENT INC.                Case No. 05-22699 (RDD)


B.A.R. ENTERTAINMENT                 Jointly Admin. 04-20352 (RDD)
MANAGEMENT, INC.

                                        **AFFIDAVIT OF MAILING**

                      Debtor.
-----------------------------------------------------------X

STATE OF NEW YORK)
COUNTY OF WESTCHESTER) SS.:


       DEBRA A. SAPIR, being duly sworn, deposes and says:

       That, I am not a party to the action and am over 18 years of age and reside in New

York, New York.

       On April 3rd, 2013, I served a true copy of the Notice of Motion to Substantively

Consolidate Cases, at the following address designated for that purpose, by mailing same

in a sealed envelope with postage prepaid thereon, in an official depository of the United

States Postal Service within the State of New York to all parties per the annexed listing


                                       /s/ Debra A. Sapir
                                       DEBRA A. SAPIR

Sworn to before me this
3rd day of April, 2013.

/s/ Jeffrey L. Sapir, Esq.
   Jeffrey L. Sapir, Esq.
Notary Public, State of New York
   No. 02SA8764500
  Qualified in Rockland County
Terms Expires: December 31, 2014


  TO:  B.A.R. Entertainment, Inc.           Rattet Pasternak Bankruptcy Practice
       1 Parke Lane                      Group
       Mt. Vernon, NY 10552-3449       1 North Lexington Avenue
                                      White Plains, NY 10601

N.Y. State Unemployment Insurance Fund
P.O. Box 551
Albany, NY 12201-0551

New York State Tax Commission
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2122

ADT Security Services, Inc.
P.O. Box 371967
Pittsburgh, Pennsylvania 15250-7967

IRS Special Procedure
PO Box 2899
Church Street Station
New York, NY 10008-9900

Eureka Network
39 Broadway, 19th Fl.
New York, NY 10006-3071

Eureka Network
P.O. Box 26562
New York, New York

Federal Express Company
P.O. Box 371461
Pittsburgh, Pennsylvania 15250-7461

NYS Department of Taxation and Finance WA
Harriman State Office Campus, Building 8
Albany, NY 12240-0001

Pitney Bowes
P.O. Box 856390
Louisville, Kentucky 40285-6390

Personalized Accounting, Total Services, Inc.
1501 Broadway, Suite 1503
New York, New York 10036-5505

Chase Business Credit Card
P.O. Box 15907
Wilmington, Delaware 19886-5907

Internal Revenue Service
290 Broadway, 5th Floor
New York, NY 10007
Attn: Lisa Wold, Insolvency Group 4

John Johnson
John Johnson & Associates
140 Broadway - 46th Floor
New York, NY 10005-1107

B.A.R. Entertainment Management Inc
138 Elm Avenue
Mount Vernon, NY 10550-1639

Patricia A. Smalls
1501 Broadway, Suite 1502
New York, NY 10036-5505

Colasanti & Iurato, LLP
399 Knollwood Road
White Plains, NY 10603

Wooten & Walker, P.C.
307 7th Avenue, Suite 504
New York, NY 10001-6078

Aetna
POB 77 W7445-120
Philadelphia, PA 19175-0001

Carter Ledyard & Milburn, LLP
2 Wall St
New York, NY 10005-2072

Cashzone Check Cashing Corp.
c/o Metropolitan National Bank
99 Park Avenue, 4th Fl.
New York, NY 10016-1501

Citibank USA N.A. d/b/a Staples
POB 9025
Des Moines, IA 50368-9025

Citicorp. Vendor Finance, Inc.
1800 Overcenter Drive

City of New York Dept. of Finance
345 Adams St., 10th Fl.

Moberly, MO 65270-9466

Copelco Capital, Inc.
One Internationa Blvd.
Mahwah, NJ 07495-0080

Federal Express Corp.
Attn.: Revenue Recovery/Bankruptcy
2005 Corporate Avenue, 2nd Fl.
Memphis, TN 38132-1796

Marshal Martin A. Bienstock
36-35 Bell Blvd.
POB 610700
Bayside, NY 11361-0700

NYS Dept. of Tax & Finance
POB 5300
Albany, NY 12205-0300

Staples Credit Plan
Dept. 22-0000049208
POB 9020
Des Moines, IA 50368-9020

Capital One FSB
POB 85184
Richmond, VA 23285-5184

Chase Bank USA, NA
PO BOX 15145
Wilmington, DE 19850-5145

Verizon Wireless
POB 17120
Tucson, AZ 85731-7120

Arlene Gordon-Oliver, P.C.
199 Main Street, Suite 203
White Plains, NY 10601

Brooklyn, NY 11201-3719

Federal Express Company
POB 371461
Pittsburgh, PA 15250-7461

Ladas & Parry, LLP
West 61st ST.
New York, NY 10023

Northeast Verizon Wireless
AFNI / Verizon Wireless
404 Brock Dr.
Bloomingham, IL 61701-2654

Ray D. Copeland
1 Park Lane, Apt. 3B
Mount Vernon, NY 10552-3463

Time Warner Cable Services of NYC
POB 9229
Uniondale, NY 11565

Capital One FSB
POB 85167
Richmond, VA 23285-5167

Chase Business Credit Card
POB 15907
Wilmington, DE 19886-5907

JP Morgan Chase Bank
Legal Holds & Levies Dept.
1985 Marcus Ave.
New Hyde, NY 11042-1013