```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X     Chapter 7

IN RE:                                Case No.04-20352(RDD)
                                              05-22699(RDD)
B.A.R. ENTERTAINMENT INC.             SUBSTANTIVELY
                                      CONSOLIDATED

              Debtors.

--------------------------------X
```

CORRECTED
TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

TO: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN
    DISTRICT OF NEW YORK:

JEFFREY L. SAPIR, trustee of the estate of the above named debtor, corrects the distribution report heretofore filed with the court on February 18, 2014 to correct the name of the creditor and reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

1. JOHN JOHNSON & ASSOCIATES
   140 BROADWAY, 46TH FLOOR
   NEW YORK, NEW YORK 10005                    $8256.40

A check to your order in the sum of $8256.40 has heretofore been forwarded to and deposited with your office.

Respectfully submitted,
/s/ Jeffrey L. Sapir

JEFFREY L. SAPIR